Approved.
/s/ *Benita Y. Pearson* on 7/30/2018
United States District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| RONALD ABRAHAM, *et al.*, | : | CASE NO. 4:18-CV-498 |
| Plaintiffs, | : | |
| | : | JUDGE BENITA Y. PEARSON |
| v. | : | |
| SAFECO INSURANCE COMPANY OF INDIANA, | : | |
| Defendant. | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), do hereby stipulate to the dismissal with prejudice of all claims in this action.

This revolves all claims as to all parties. Each party will bear their own costs.

Respectfully submitted,

*/s/ Stephen G. Whetstone*
Stephen G. Whetstone (0088666)
WHETSTONE LEGAL, LLC
Post Office Box 6
2 N. Main Street, Unit 2
Thornville, OH 43076
Ph: (740) 785-7730
Fax: (740) 205-8898

*Attorney for Plaintiff*

*/s/ William M. Harter (per authority)*
William M. Harter (0072874)
FROST BROWN TODD LLC
10 West Broad Street, Suite 2300
Columbus, OH 43215
Ph: (614) 464-1211
Fax: (614) 464-1737

*Attorney for Defendant*